GENERAL FOODS CORPORATION, Plaintiff, v. GEORGE VON SEEBECK, Appellant, and P. & W. CREDITORS CORPORATION, Respondent.— Order modified by eliminating provisions as to reference and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

WILLIAM WIESE, Appellant, v. CORN EXCHANGE BANK, Respondent, Impleaded with Another.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion to amend complaint granted without conditions. No opinion. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

THE F. BROWN CO., INC., Respondent, v. RUBY LANE STORES, INC., and N. Y. COTTON STORES, INC., Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.